1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; CONTRACT COMPLIANCE FUND and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO A. LARIN FUNES, an individual doing business as "LAC ELECTRIC",<br><br>Defendant. | CASE NO.: CV 10-5590 DMG (AJWx)<br><br>**JUDGMENT JS-6** |
|---|---|

///

///

///

1

Judgment

334387

1  This action having been commenced on July 28, 2010, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Francisco A. Larin Funes, an individual doing business as "LAC Electric", and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and Los Angeles Electrical Workers Credit Union, shall recover from defendant Francisco A. Larin Funes, an individual doing business as "LAC Electric", the principal amount of $65,128.74, together with post-judgment interest, calculated at the rate of eight percent (8%) per annum, until paid in full.

DATED: August 30, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

CC: FISCAL

334387

2

Judgment